IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

LOUIE GUADALUPE

Criminal No. 3:26-cr- //

[18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), 922(o)(1), 923(a), and 924(a)(1)(D); and 26 U.S.C. §§ 5845(b) and 5872(a)]

**[UNDER SEAL]**

### INDICTMENT

COUNT ONE

The grand jury charges:

From in and around March 12, 2026, and continuing thereafter until on or about April 15, 2026, in the Western District of Pennsylvania, the defendant, LOUIE GUADALUPE, not being a licensed manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

FILED

MAY 1 2 2026

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

<u>COUNTS TWO THROUGH FOUR</u>

The grand jury further charges:

On or about the dates set forth in the chart below, each of which constitutes a Count of the Indictment, in the Western District of Pennsylvania, the defendant, LOUIE GUADALUPE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

    a. Manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance, on or about September 17, 2013, at Docket Number CP-11-CR-0000637-2013 in the Court of Common Pleas, County of Cambria, Criminal Division, Commonwealth of Pennsylvania; and

    b. Manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance, on or about November 26, 2024, at Docket Number CP-11-CR-0000030-2023 in the Court of Common Pleas, County of Cambria, Criminal Division, Commonwealth of Pennsylvania,

knowingly possessed, in and affecting interstate commerce, a firearm to wit:

| COUNT | DATE | DESCRIPTION OF FIREARM |
|---|---|---|
| TWO | March 12, 2026 | One (1) Smith & Wesson M&P Bodyguard .380 caliber handgun bearing serial number KER0372, and |
| | | One (1) Ruger model LC9s 9mm handgun bearing serial number 329-13204. |
| THREE | March 26, 2026 | One (1) Ruger model P95DC 9mm bearing serial number 312-62646. |
| FOUR | March 31, 2026 | One (1) American Tactical Imports Alpha Maxx .223 caliber mini assault-style rifle bearing serial number NX111111. |

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNTS FIVE THROUGH SIX

The grand jury further charges:

On or about the dates set forth in the chart below, each of which constitutes a Count of the Indictment, in the Western District of Pennsylvania, the defendant, LOUIE GUADALUPE, did knowingly and unlawfully possess and transfer a machinegun as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), each of which is further described as set forth in the chart below:

| COUNT | DATE | DESCRIPTION OF FIREARM |
|---|---|---|
| FIVE | April 1, 2026 | Two (2) dark blue, polymer machinegun conversion devices, also known as "Glock switches" or "switches", bearing the number "23" and the "Jumpman" logo. |
| SIX | April 15, 2026 | One (1) black, polymer machinegun conversion device, also known as a "drop-in auto sear" or "auto sear". |

All in violation of Title 18, United States Code, Section 922(o)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Counts One through Six that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to:

a.    One (1) Smith & Wesson Bodyguard .380 caliber handgun bearing serial number KER0372;

b.    One (1) Ruger model LC95 9mm handgun bearing serial number 329-13204;

c.    One (1) Ruger model P95DC 9mm bearing serial number 312-62646;

d.    One (1) Alpha Maxx .223 caliber mini assault-style rifle bearing serial number NX111111;

e.    Two (2) black, polymer machinegun conversion devices, also known as "Glock switches" or "switches", bearing the number "23" and the "Jumpman" logo; and

f.    One (1) black, polymer machinegun conversion device, also known as a "drop-in auto sear" or "auto sear."

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
ARNOLD P. BERNARD, JR.
Assistant United States Attorney
PA ID No. 313734